```
UNITED STATES DISTRICT COURT                (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
JONATHAN E. CARROW,                     : 06 Civ. 1438 (LTS) (JCF)
                                        :
              Plaintiff,                :    O R D E R
                                        :
     - against -                        :
                                        :
THE CITY OF NEW YORK, NEW YORK CITY     :
POLICE DEPARTMENT, POLICE OFFICER       :
GIANPAOL DILISIO (Shield #20918)        :
and POLICE OFFICERS "JOHN DOE" 1-3,     :
(the fictitious names of persons        :
yet to be identified).                  :
                                        :
              Defendants.               :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 11/17/06]

A pretrial conference having been held on November 17, 2006, it is hereby ORDERED as follows:

1. Plaintiff's counsel has represented that plaintiff is claiming no physical injury in this case but is seeking damages for mental and emotional distress. Accordingly, by November 27, 2006, plaintiff shall provide:

    a. Releases for all records relating to any psychological or psychiatric treatment or counseling he has received from 2001 to the present;

    b. A release for his medical records for the period of incarceration at Rikers Island that is the subject of this litigation, which shall be utilized to provide those records to plaintiff's counsel in the first instance. Plaintiff's counsel shall then produce any portion of those records relevant to plaintiff's mental or emotional state.

1

2. By November 27, 2006, plaintiff shall respond to the defendants' outstanding discovery requests.

3. All discovery shall be completed by March 30, 2007.

SO ORDERED.

*James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:  New York, New York
        November 17, 2006

Copies mailed this date:

Richard Adam, Esq.
The Adam Law Office, PC
275 Madison Avenue, Suite 1100
New York, New York 10016

Sarah B. Evans, Esq.
Assistant Corporation Counsel
100 Church Street
New York, New York 10007